# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

August 1, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Judge Designee
U.S. District Court Judge
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, NJ 07101

                                    RE:     YANIRO, Nicklous
                                                  Docket No: 02-00880-001

*__Request to Release Presentence Report__*

Dear Judge Designee,

On March 29, 2007, the above referenced was sentenced by The Honorable John C. Lifland, U.S. District Court Judge, for Coercion or enticement of minor female, and Coercion or enticement of a female. Yaniro received a 57-month term of imprisonment followed by three years of Supervised Release. It was ordered that the offender pay a $200 special assessment fee, and the following special conditions were imposed: 1) at the discretion of the U.S. Probation Office, the defendant only for the purposes of employment and communicating with his family shall be able to possess, procure, purchase or otherwise obtain access to any form of computer network, bulletin board, Internet, or exchange format involving computers. Any dispute as to the applicability of this condition shall be decided by the Court; 2) the defendant shall follow the directions of the U.S. Probation Office regarding any contact with non-familial children of either sex under the age of 18, and such contact shall be supervised by an adult who is familiar with the defendant's conviction and with the permission of the U.S. Probation Office or the Court; 3) the defendant shall submit to a mental health evaluation and/or treatment; 4) the defendant shall submit to DNA collection.

Yaniro is due to be released from federal custody on August 18, 2011, and will be supervised in the Eastern District of New York (EDNY) due to his residence in Long Island. Recently, the EDNY probation office was contacted by the New York State Board of Examiners regarding sex offender registration. They have requested a copy of the offender's pre-sentence report so that they can accurately assess his risk level. The EDNY, nor do we, have any objection to this request.

Please indicate the Court's decision below. Should Your Honor have any questions regarding this matter, please contact the undersigned at (973) 645-6242, or by cellular at (973) 223-0977.

The Honorable John C. Lifland
Page 2
July 28, 2011

RE:  YANIRO, Nicklous
Docket No. 02-00880-001

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Leslie Vargas/lmv*
By: Leslie M. Vargas
U.S. Probation Officer

/lmv

✓ _____ I will allow the necessary sections of the presentence report to be released to law enforcement authorities for the purpose of sex offender registration and tiering.

_____ I will not allow the presentence report to be released.